AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Farmers Insurance Exchange, et al.,

                 Plaintiffs,

    v.

Christopher Nordby,

                 Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:20-cv-02013-RFB-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that a monetary judgment be awarded to Hayes Wakayama and against Mr. Nordby in the amount of $27,019.93.

3/9/2022
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk